474 A.2d 668

Commonwealth v. Burnett, Appellant.

Submitted January 5, 1984. Cynthia Marie Weaver, for appellant; Douglas Maloney, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, OLSZEWSKI and ROBERTS, JJ.

Judgment of sentence affirmed.